# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ANTIONE DIRAY JOHNSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ANDY MOON,** )<br>)<br>**Defendant.** ) | Case No. CIV-21-401-R |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell, entered on October 5, 2021 (Doc. 15). No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Purcell is ADOPTED in its entirety and Plaintiff's *Bivens* action is dismissed without prejudice as untimely.

IT IS SO ORDERED this 9th day of November 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE